JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF THE NAVY,<br><br>    Defendant. | No. 2:21-cv-01049-FMO (JCx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Hon. Fernando M. Olguin |

The Court, having considered the Parties' Stipulation for Dismissal (Dkt. No. 41), HEREBY ORDERS that this matter is dismissed without prejudice, with each party to bear their own costs, fees, and expenses including attorneys' fees.

IT IS SO ORDERED.

DATED: March 18, 2022

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE